UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

**FILED**

FEB 0 3 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Kazadi Big Musungayi

2040 S 69th East PL

Tulsa, OK 74112

25 CV - 0 5 8 GKF - JFJ

VS

Joseph Kabila Kabange, et. Al.

Kingakati/Kinshasa

Democratic Republic of Congo

*Moise KATUMBI, President Donald Trump, ELON MUSK, BILL GATES, US DEPARTMENT OF EDUCATION, CLINTON FOUNDATION*

Subject: Relief from Federal Student Loan Debt.

The venue is right, and the time is right, for me to bring the case in caption to the attention of a United States Federal District Judge, to seek relief from a federal student loan debt in the amount of U. S. $ 390,000.00 that I cannot rationally afford to repay, being now 70 years old. I sought an intervention from both the Office of the President of the United States, and the United States Department of Education, who forwarded my correspondence to Federal agents who have competence to resolve this type of issues. They advised me to apply for loan forgiveness, following the procedures, and pending eligibility.

In this case, I hold responsible Joseph Kabila Kabange, former President of the Democratic Republic of Congo, and Moise Katumbi Tshapwe, former Governor of Katanga who both have assets in the United States, and are the visible face of multinational firms and agents who have destabilized and are still destabilizing the sovereignty of the Democratic Republic of Congo, forcing most of the Congolese elite to seek exile into foreign countries. Some of those firms and agents are Apple, Tesla, Google, Microsoft, Dell, Glencore, Huayou, Eurasian, including the Clinton Foundation.

*∅ Summons*
*IFP pending*

Moreover, Joseph Kabila and Moise Katumbi signed contracts and made deals with the above entities to exploit precious minerals from the Congo, while throwing indigenous Congolese into poverty. As for me, having become a U. S. Citizen residing in Tulsa, Oklahoma, and my federal student loan having been contracted while I went to school at Oral Roberts University, I believe the venue to file my claim is logically the Federal District Court of Northern Oklahoma, in Tulsa.

In light of the Appellate District Court of Columbia's rejection of USCA case # 21-7135, I feel the burden to come up in front of this Court and file the following tort as someone who had stakes in the outcome from case # 1:19-cv-03737 (the appeal part). For more than three decades, the government of the Democratic Republic of Congo has been actively destabilized through multinational organizations' undertakings, operating through the proxi of Rwanda and its Tutsi ethnical groups, whose main objective was to depopulate the Eastern part of the Democratic Republic of Congo, and exterminate both the intellectual and political elites from the Congo, in order to enable the multinationals to continue to exploit strategic minerals.

Wherefore, I have personally been impacted and hurt by that prevailing and perduring situation. The ruling from USCA case # 21-7135 has proven that Kagame's brutal regime has used squads of secret militiamen to go after Kagame's political opponents residing in the United States and in Canada, as well as worldwide. What is not documented yet is that Tutsi people who immigrated to the United States bearing Congolese passports, some of them having been granted scholarships to pursue educational ventures, while impersonating being of Congolese origin of nationality, have been busy positioning themselves inside American political and administrative institutions, working against and negatively influencing the fate of indigenous Congolese immigrants to the United States.

In 2003, I was denied a position at Southern Tennessee University at Murfreesboro, whereas my application had credentials. From 2005 to 2017, full time teaching positions from Tulsa Public Schools were denied me whereas substitute teacher and para-professional positions (less money and benefits) were graciously extended to me. I once recall when there was a French course open position at Rogers High School, and I am certified to teach French and English in Oklahoma, I asked a teacher to weigh in on my behalf, she declined and conveyed to me her son's best friend was from Rwanda. In 2019, the Microsociety Convention was held in Tulsa/Oklahoma. Caroline King, the CEO of Microsociety, whom I had previous contacts with, introduced me to a man who claimed to be from the Democratic Republic of Congo, his name Kizamungu; the man was uncomfortable interacting with me; his physical appearance and his name were characteristic of the Tutsi people from Rwanda. Kiza, as they called him, was a member of

the Microsociety inner circle. I had previously discussed with Caroline, and I submitted to her a project about the implementation of the Microsociety program in the Democratic Republic of Congo. Microsociety is both a school reform program and an instructional strategy. My doctoral dissertation from Oral Roberts University dealt with the implementation of a Microsociety program in a Middle School setting. As it stands now, that project has not gone anywhere,

Furthermore, during the time I spent going to school at both Oral Roberts University and Brigham Young University, I had experienced both coldness and negative reactions from teachers and students who had acquaintances with people from Rwanda, who migrated to the United States. They have been feeding a narrative that they were a minority ethnic group that was victimized by Congolese tribesmen whom they held responsible for the Rwandese genocide. Strangely, they do not talk about the more than 15 million Congolese who were slaughtered by Rwandese militiamen working on the account of Multinational entities to loot and exploit precious and strategic minerals from Eastern Congo.

Wherefore I am stuck here in the United States, with $ 390,000.00 in federal student debt. Holding 2 Doctoral degrees and 3 Masters, I work at Walmart as an associate. I cannot afford to go to the Democratic Republic of Congo at this time, without enough security, to contribute and help to the reconstruction of the social fabric of the people of Congo.

As a remedy, the Court can order Kabila et. Al (Katumbi, Bill Gates, Elon Musk, Clinton Foundation, etc.), who have stakes in the traffic of strategic and precious minerals from the Democratic Republic of Congo, and who have been cited as having links to the shadow holocaust in the Democratic Republic of Congo, to bail me out of the student loan debt, and by the token, to sponsor my Microsociety program implementation with at least U. S. $ 500,000.00. Those people and their multinational organization connections have offered and are still granting scholarships and assistance funds to worldwide educational systems. I need help to give back to those who got me this far, including the people of the Democratic Republic of Congo.

Sincerely,
K. BIG MUSUNGAYI
Dr. Kazadi Big Musungayi, Ph. D., Ed. D.
2040 S 69TH EAST PL
(918) 289-8229
drmusungayi@cox.net

**THE WHITE HOUSE**

WASHINGTON

January 4, 2022

Dr. Kazadi Big Musungayi
Tulsa, Oklahoma

Dear Dr. Musungayi,

Thank you for taking the time to write and share your story with President Biden. He is honored by the opportunity to serve you and the American people.

White House staff reviewed your correspondence and forwarded it to the appropriate Federal agency for further action. For additional information about the Federal government in the meantime, please visit www.USA.gov or call 1-800-FED-INFO.

Sincerely,

The White House

# United States Senate
WASHINGTON, DC 20510-3603

December 10, 2019

Mr. Kazadi Big Musungayi
PO Box 52743
Tulsa, Oklahoma 74152-0743

Dear Mr. Musungayi:

Thank you for contacting my office regarding the difficulties you are continuing to experience with repayment of your federal student loan debt.

Unfortunately, my office is unable to assist you with an application for student loan forgiveness. The qualifications for a waiver is that you are unable to work and have been certified by a doctor that you are totally and permanently disabled.

However, if your student loan payment is high compared to your total household income, then you might want to consider an income-driven repayment plan. I have enclosed information on that program. If, however your student loan is currently in default, then there are two main ways to get out of default. They are loan rehabilitation and loan consolidation. I have enclosed information on both options.

I sincerely regret the circumstances surrounding this situation and all the hardship this is causing you. But, I am prohibited by the Constitution of the United States to provide any legal advice or contact the Democratic Republic of Congo to recover funds from Congolese/Zairian frozen accounts. I would highly recommend that you contact an attorney so as to preserve your interest in that matter.

Thank you for showing confidence in me by contacting my office.

Sincerely,

James M. Inhofe
United States Senator

JMI:jw
Enclosures



WH842741

Dr. Kazadi Big Musungayi
P.O. Box 52743
Tulsa, OK 74152

DECEMBER 29, 2021

Dear Dr. Musungayi:

Thank you for your letter to President Biden. The White House has referred your letter to the U.S. Department of Education (ED) for review, and we are pleased to respond. You explained that your consolidated student loan debt is causing a financial burden. Therefore, you are inquiring about options that may be of assistance with your student loan debt.

We sincerely regret the difficulties that you are experiencing. Since you mentioned loan forgiveness, please be aware that the cancellation, forgiveness, and discharge provisions for ED's loan programs are established by law. A Federal Family Education Loan (FFEL) or William D. Ford Federal Direct Loan (Direct Loan) may be canceled or discharged

- if the borrower (or the student for whom a PLUS loan was obtained) dies,
- if the borrower is totally and permanently disabled,
- if the school closed before the student completed his or her program,
- if the school falsely certified the loan,
- if the loan was falsely certified as a result of identity theft,
- if the school failed to refund loan funds that were due to the loan holder,
- if the loan is discharged in bankruptcy (in rare cases), or
- if the borrower is a survivor of a victim of the Sept. 11, 2001 terrorist attacks.

Certain FFEL and Direct Loans may also be fully or partially forgiven for a borrower's teaching service and for certain types of public service. Please note that ED is responsible for administering the federal laws that apply to education but does not determine what provisions are included in the law or how the law is applied. Also, the *Higher Education Act of 1965*, as amended, establishes the cancellation, forgiveness, and discharge provisions for ED's loan programs. Any changes to the current provisions or the creation of a new provision would require Congress to pass new legislation. Please visit studentaid.gov/manage-loans/forgiveness-cancellation for additional information about the loan forgiveness, discharge, and cancellation provisions.

Also, please note that on Oct. 6, 2021, ED announced a change to the Public Service Loan Forgiveness (PSLF) Program's rules as a result of the COVID-19 national emergency. Throughout the pandemic, ED has provided a variety of benefits to borrowers. Currently, for a limited period of time, borrowers may receive credit for past payments made on loans that would not otherwise qualify for PSLF.

Under the new rules, any prior payments will count as a qualifying payment, regardless of loan type, repayment plan, or whether the payment was made in full or on time. The requirements are qualifying employment and a Direct Loan. This change will apply to student loan borrowers with Direct Loans, those who have already consolidated into the Direct Loan Program, and those who consolidate into the Direct Loan Program by Oct. 31, 2022. Unfortunately, PLUS Loans for parents are not eligible. If a borrower has any questions about his or her eligibility, he or she



Federal Student